# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| AMERICAN FREE ENTERPRISE CHAMBER OF COMMERCE,<br><br>                  Plaintiff,<br><br>v.<br><br>ENGINE MANUFACTURERS ASSOCIATION, D/B/A TRUCK & ENGINE MANUFACTURERS ASSOCIATION,<br><br>CUMMINS INC.,<br><br>DAIMLER TRUCK NORTH AMERICA,<br><br>FORD MOTOR CO.,<br><br>GENERAL MOTORS CO.,<br><br>HINO MOTORS LIMITED, INC.,<br><br>ISUZU TECHNICAL CENTER OF AMERICA, INC.,<br><br>NAVISTAR, INC.,<br><br>PACCAR INC.,<br><br>STELLANTIS N.V.,<br><br>VOLVO GROUP NORTH AMERICA, and<br><br>STEVEN S. CLIFF, in his official capacity as the executive officer of the California Air Resources Board,<br><br>                  Defendants. | CA No. _____. |

**DECLARATION OF ZACH MEIBORG**

I, Zach Meiborg, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1. I am the President and CEO of Meiborg Bros Inc. and I am familiar with all aspects of the company's work and operations. Meiborg Bros. is a family-owned and operated Illinois corporation headquartered in Rockford, Illinois that provides freight and logistics services across the United States. Meiborg Bros. is a dues-paying member of the American Free Enterprise Chamber of Commerce and has been in the trucking business for 45 years.

2. Meiborg Bros. owns more than 200 heavy-duty, Class 8, over the road (OTR) and local tractors that we pair with 53' trailers. We own 650 trailers, primarily dry vans, but also have flat beds, high cubes, and temperature-controlled trailers. We also offer on-site and off-site storage trailers. We offer conventional dry van shipping services, as well as services for open-deck (flat bed), temperature-controlled, and hazardous material shipments. We also offer a variety of other services to meet our customers' particular shipping needs.

3. Meiborg Bros. prioritizes using state-of-the-art technology to provide the safest and most reliable transportation services to our diverse customer base. We regularly purchase new vehicles to ensure our fleet is equipped with the latest safety and performance features such as disk brakes, collision avoidance, and adaptive cruise control – these items cost us around $15,000 additional per truck. The average age of our trucks is 2.3 years old, and the average age of our trailers is 3.4 years old. We base our purchase decisions, in part, on input from our customers, drivers, and maintenance team. We consider factors including fuel-efficiency, safety, reliability, comfort, utility,

2



operational costs, residual value, available financing, warranty serviceability and overall affordability when deciding whether to purchase a new vehicle.

4. Meiborg Bros. does not own any battery-electric or fuel-cell-electric trucks (collectively, "electric trucks"), nor do we currently plan to purchase electric trucks in response to market factors. Our customers have not requested electric truck transport, nor have we found electric trucks to be a commercially feasible option for our shipping business. Electric trucks are much more expensive to purchase than diesel- and gasoline-powered internal-combustion trucks, have uncertain operation and maintenance costs, have an uncertain 'refueling' costs especially around infrastructure, have uncertain maintenance schedules, have uncertain maintenance serviceability while on the road, have uncertain residual values, and pose unique and uncertain safety hazards (for example, due to battery fires or chemical burns from ruptured batteries). We have also concluded that electric trucks are unlikely to meet our operational needs or provide costs savings at all in OTR and regional applications. Battery-electric trucks have limited range compared to internal-combustion trucks, and there are VIRTUALLY NO electric-charging stations along most of our routes. There also are no hydrogen-fueling stations along most of our routes. We do not have electric-charging or hydrogen-fueling infrastructure at our sites, and we have concluded that installing such infrastructure would not be cost-effective.

5. Meiborg Bros. thus plans to continue purchasing internal-combustion trucks for the foreseeable future. For example, within the last several years we have purchased multiple Kenworth T680 and Peterbilt 567 Ultraloft tractors, which we use for long-haul transport. In total, in the last 3 years we've purchased 176 new tractors and 282 new trailers. We expect to continue to make regular purchases of similar diesel-

3



powered trucks in future years to ensure that our fleet remains safe, reliable, and up-to-date with the latest technology. Furthermore, when making purchase decisions, we look nationwide for the best price.

6. Peterbilt and Kenworth are owned by PACCAR Inc. ("PACCAR"), and PACCAR is a signatory to the so-called "Clean Truck Partnership" agreement. *See* Clean Truck Partnership Agreement at 6, https://perma.cc/B5JN-X4YK (Dec. 6, 2024). It is my understanding that under the Clean Truck Partnership, PACCAR and virtually all other truck manufacturers have agreed to increase the share of electric trucks they sell in future years, to reduce the share of internal-combustion trucks they sell in future years in California and "Section 177" states that have adopted California's regulations, and to stop selling internal-combustion trucks altogether in at least California starting in 2036. *See* Clean Truck Partnership Agreement App. B at ii (committing to meet California's Advanced Clean Trucks regulation "and the 100 percent ZEV sales requirement"). Because the market for new trucks is nationwide and California makes up a substantial portion of new medium- and heavy-duty truck sales in the U.S., the effects of manufacturers' sales decisions in California (and Section 177 states) will be felt nationwide. *See* CalStart, *Zeroing in on Zero-Emission Trucks June 2022 Market Update* at 1, 6, https://perma.cc/Z4W3-7M84 (Dec. 6, 2024) (In 2021, "California l[ed] the nation in U.S. [medium- and heavy-duty] truck sales," representing "approximately 10% of total U.S. sales").

7. It is a basic economic principle that reduced supply leads to increased prices for consumers. It has also been proven time and again that government intervention in economies fails miserably at achieving any measure of efficiency. The industry-wide Clean Truck Partnership agreement to reduce supply of internal-

4



combustion trucks will thus predictably increase the price of internal-combustion trucks for companies, like Meiborg Bros., who want to purchase them, simply because there is little to no demand for electric trucks and there is a limited supply of production capacity to produce trucks. Case in point – if you remove the redistribution of wealth occurring to subsidize the production and adaption of electric trucks, it would cease to exist. Indeed, the anti-competitive effects of the Agreement are being felt now. Some manufacturers are beginning to require that purchasers of their vehicles buy one electric truck for every seven or eight internal-combustion engine trucks they buy or else pay a higher price per vehicle.

8. Increasing the price of new internal-combustion trucks or bundling them with inferior electric vehicles will increase Meiborg Bros.' costs. At least in the short run these cost increases cannot be passed entirely onto our customers, and so will harm our profit.

9. The Clean Truck Partnership also deprives Meiborg Bros. of a competitive market for internal-combustion truck suppliers. California is home to 261 of the nation's 3,816 franchised new truck dealerships (approximately 6.8%). *See* Patrick Manzi, *2023 Annual Financial Profile of America's Franchised New-Truck Dealerships* 4, American Truck Dealers, https://perma.cc/X6QZ-HQRY (Dec. 6, 2024). Another 654 new truck dealerships (approximately 17.1%) are in the ten Section 177 states that have adopted California's Advanced Clean Trucks regulations. *Id.*; *see also* California Air Resources Board, *States that have Adopted California's Vehicle Regulations*, https://perma.cc/7GSE-JFXB (Dec. 6, 2024). Under the Clean Truck Partnership, those U.S. dealerships will have to reduce the share of new internal-combustion vehicles the sell and will have to cease selling these new vehicles in some states beginning in

5



model year 2036, eliminating a source of supply for Meiborg Bros. Basic economic principles suggest that reducing the number of available suppliers is likely to result in increased prices for the internal-combustion trucks Meiborg Bros. purchases.

10. Without the Clean Truck Partnership and the preempted arrangements it embodies into a binding contract, internal-combustion truck supply and pricing would be driven by competitive market forces, ameliorating the harm to Meiborg Bros. due to the Clean Truck Partnership's distortion of the market. My ask – get out of the way of the market – it is efficient and works, much better than the government.

Dated: December 17, 2024

_____
Zach Meiborg
owner + CEO

