# Exhibit E

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| AMERICAN FREE ENTERPRISE CHAMBER OF COMMERCE, | |
| *Plaintiff*, | |
| v. | |
| TRUCK AND ENGINE MANUFACTURERS ASSOCIATION, | CA No. 3:24-cv-50504 |
| CUMMINS INC., | |
| DAIMLER TRUCK NORTH AMERICA, | |
| FORD MOTOR CO., | |
| GENERAL MOTORS CO., | |
| HINO MOTORS LIMITED, INC., | |
| ISUZU TECHNICAL CENTER OF AMERICA, INC., | |
| NAVISTAR, INC., | |
| PACCAR INC., | |
| STELLANTIS N.V., | |
| VOLVO GROUP NORTH AMERICA, and | |
| STEVEN S. CLIFF, in his official capacity as the executive officer of the California Air Resources Board, | |
| *Defendants*. | |

**DECLARATION OF GENTRY COLLINS**

I, Gentry Collins, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1. I am the Chief Executive Officer of the American Free Enterprise Chamber of Commerce (AmFree), a 501(c)(6) organization headquartered in Iowa.

2. I am familiar with all aspects of AmFree's mission and work.

3. AmFree is a membership association that represents hard-working entrepreneurs and businesses across all sectors and all states. AmFree's members are vitally interested in maintaining the free, fair, and open markets that have driven progress and enabled prosperity more effectively than all other economic systems combined. AmFree serves its members by fighting against burdensome regulations, counterproductive tax-policies, and special-interest deals that threaten these markets and our nation's economic future and harm free, open, and competitive markets. AmFree's members include companies that own, operate, sell, or lease medium- and heavy-duty vehicles, and that are harmed by California's Advanced Clean Truck ("ACT") and Heavy-Duty Engine and Vehicle Omnibus ("Omnibus) regulations, and by the Agreement known as the "Clean Truck Partnership."

4. California adopted ACT in 2021, *see* California Air Resources Board ("CARB"), *Advanced Clean Trucks Regulation,* https://perma.cc/XE3K-TQCQ (Dec. 20, 2024), and has since amended it, *see* CARB, *Amendments to the Advanced Clean Trucks Regulation and the Zero-Emission Powertrain Certification Test Procedure*, https://perma.cc/YC93-8VXF (June 26, 2025). According to California, ACT aims "to accelerate the market for on-road zero-emission vehicles," i.e. electric vehicles, in the heavy-duty sector, that is, vehicles with a Gross Vehicle Weight Rating ("GVWR") greater than 8,500 lbs. Cal. Code Regs. tit. 13, § 1963(a), (b). Beginning with the 2024

2

model year, manufacturers must produce and sell an increasing number of electric heavy-duty vehicles (as a proportion of their sales) in California. *Id.* § 1963.1–1963.3. Manufacturers incur deficits based on their total heavy-duty vehicle sales, *id.* § 1963.1, and earn offsetting credits for each electric heavy-duty vehicle sold, *id.* § 1963.2. In lieu of generating credits by selling electric vehicles, a manufacturer can also meet its obligation (i.e., offset its deficit) by purchasing credits from a competitor, *id.* § 1963.3. The share of electric heavy-duty vehicles that manufacturers must sell increases annually. *Id.* § 1963.1(b) tbl A-1. Beginning with the 2036 model year, manufacturers can no longer sell any heavy-duty internal-combustion engine vehicles. *Id.* § 2016; *see* CARB, *Resolution 24-5* at 8 (Nov. 6, 2024), https://perma.cc/QA6F-8GPL (amending ACT to adopt Cal. Code Regs. tit. 13, § 1963.6); CARB, *Appendix A-1 Proposed Regulation Order* at 16, https://perma.cc/5RDM-NPG3 (Dec. 23, 2024) (adopted § 1963.6 text incorporating § 2016). Ten other states have adopted California's ACT standards. *See* CARB, *States That Have Adopted California's Vehicle Regulations*, https://perma.cc/AG5L-GZFN (June 26, 2025).

5. California also adopted the Omnibus regulations in 2021, *see* CARB, *Heavy-Duty Engine and Vehicle Omnibus Regulation and Associated Amendments*, https://perma.cc/ZY33-YX4B, (Dec. 20, 2024), and has since amended them, *see* CARB, *Proposed Amendments to the Heavy-Duty Engine and Vehicle Omnibus Regulation*, https://perma.cc/4FKQ-GWKS (Dec. 23, 2024). Among other things, the Omnibus regulations set stringent nitrogen-oxide emissions standards for new heavy-duty engines. The regulation set nitrogen-oxide emissions standards "90 percent below current levels on existing certification cycles" and introduced new, "lower [nitrogen-oxide] standards on new certification cycles" for diesel engines. CARB, *Heavy-Duty*

3

*Low NO$_x$*, https://perma.cc/7SGB-5BUM (Dec. 23, 2024). The Omnibus regulations also increase the stringency of particulate-matter emissions standards, and impose a host of complex new testing and warranty requirements. *See, e.g.*, Cal. Code Regs. tit. 13, §§ 1956.8, 2036. I understand that the Omnibus standards are so low that, in practice, manufacturers must sell some electric vehicles and engines to comply. Nine other states have adopted California's Omnibus regulations. *See* CARB, *States That Have Adopted California's Vehicle Regulations*, https://perma.cc/AG5L-GZFN (June 26, 2025).

  6. It is my understanding that, in July 2023, major truck and engine manufacturers signed the so-called "Clean Truck Partnership" Agreement. *See* CARB et al., *Clean Truck Partnership Agreement* at 6, https://perma.cc/B5JN-X4YK (Dec. 6, 2024). Under this Agreement, suppliers have committed to comply with the ACT and Omnibus regulations, even if those regulations are determined to be illegal. This means that suppliers have agreed to increase the share of electric powertrains sold in California, to reduce the share of internal-combustion engines sold in California, and to stop selling internal-combustion engines altogether in California starting in 2036. *See* CARB et. al., *Clean Truck Partnership Agreement App. B* at ii (committing to meet California's Advanced Clean Trucks regulation "and the 100 percent ZEV sales requirement"). Suppliers have also committed "to put forth their best efforts to sell as many zero emission trucks as reasonably possible in every state that has or will adopt CARB's ACT regulations," even if California's regulations are determined to be illegal or California or other states are determined to have no legal "authority to implement those regulations." *See* CARB et al., *Clean Truck Partnership Agreement App. D* at i (Section F).

7. California's ACT and Omnibus regulations, and suppliers' agreement to comply with those regulations even if they are illegal, harm AmFree members in many ways. Some AmFree members own and operate heavy-duty trucks that fall within ACT and Omnibus's scope. These members largely operate using diesel- or gasoline-powered internal-combustion trucks. Many have concluded that electric trucks are not a commercially feasible option for their business needs, citing electric trucks' higher up-front costs and more limited range (compared to internal-combustion trucks); their uncertain maintenance, repair, and operation costs; and the limited nationwide charging infrastructure. As a result, these members generally would prefer to purchase internal-combustion vehicles. It is a basic economic principle that reduced supply leads to increased prices for consumers. California's regulations, and the industry-wide Clean Truck Partnership agreement that commits suppliers to comply with them, require manufacturers to reduce supply of internal-combustion trucks, and so will predictably increase the price of those trucks for these AmFree members. These costs cannot realistically be passed entirely onto consumers, and so will harm these members' profits.

8. Other AmFree members sell heavy-duty vehicles at retail. The reduced supply of internal-combustion vehicles that results from California's regulations, and the Clean Truck Partnership agreement to comply with them, will similarly increase wholesale costs for these members. It will also limit the vehicle models that these members can offer for sale, decreasing consumer choice and likely reducing sales. Both increased wholesale prices and decreased retail sales harm these members' bottom line.

9. Other AmFree members lease heavy-duty vehicles to consumers. The leases vary in duration, but can be as short as a few hours. These members' customers typically do not want to lease electric heavy-duty vehicles because those vehicles do not

meet customer needs for towing capacity or range. Customers are also wary of renting an electric truck given the sparse charging infrastructure. As a result, these members prefer to continue purchasing the internal-combustion vehicles their customers want. California's regulations, and the Clean Truck Partnership agreement to comply with them, will increase the price of the vehicles these members' purchase.

10. AmFree's members would incur significant additional costs even if they decided to purchase and operate electric heavy-duty vehicles. Because of the limited public charging infrastructure, they would have to install chargers at their facilities, which can cost more than one hundred thousand dollars per charger. Coordinating Research Council, Inc., *Assessing the Battery-Recharging and Hydrogen-Refueling Infrastructure Needs, Costs and Timelines Required to Support Regulatory Requirements for Light-, Medium-, and Heavy-Duty Zero-Emission Vehicles* (CRC Report No. SM-CR-9) 14, tbl. 2, https://perma.cc/2ZWE-BYV8 (June 26, 2025) (estimating 150 Watt DC fast charger cost of $142,200). They would also need to overhaul their maintenance and repair operations to adjust to the unique needs of electric vehicles, which will also be costly. All of these increased costs harm members' bottom lines, which is, in part, why they have largely concluded that switching to electric vehicles is not a feasible commercial option at this time.

11. Without the Clean Truck Partnership agreement, and the regulations it embodies into a binding contract, internal-combustion truck supply and pricing would be driven by competitive market forces, ameliorating the harm to AmFree's members due to the market distortion caused by the agreement and California's regulations.

6

*[signature]*

Gentry Collins

June 29, 2025