UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| AMERICAN FREE ENTERPRISE CHAMBER OF COMMERCE,<br><br>          Plaintiff,<br><br>      v.<br><br>ENGINE MANUFACTURERS ASSOCIATION, D/B/A TRUCK & ENGINE MANUFACTURERS ASSOCIATION, STEVEN S. CLIFF, in his official capacity as the Executive Officer of the CALIFORNIA AIR RESOURCES BOARD, *et al.*,<br><br>          Defendants.<br><br>THE UNITED STATES OF AMERICA and UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>          Plaintiffs-Intervenors<br><br>      v.<br><br>STEVEN S. CLIFF, in his official capacity as the Executive Officer of the CALIFORNIA AIR RESOURCES BOARD,<br><br>          Defendant. | No. 24 C 50504<br><br>Hon. Iain D. Johnston |

**UNITED STATES' MOTION TO INTERVENE
AS PLAINTIFF AGAINST DEFENDANT STEVEN S. CLIFF**

The United States of America and the United States Environmental Protection Agency (collectively, the United States), by and through their attorneys, move under Federal Rule of Civil Procedure 24 to intervene in this action as a plaintiff against only Defendant Steven S. Cliff in his official capacity, and in support of their motion, state as follows:

1. The United States refers the Court to the memorandum of law filed with this motion and two accompanying exhibits: proposed Complaint in Intervention Against Defendant Steven S. Cliff for Declaratory and Injunctive Relief (Exhibit A) and the United States' Motion to Set a Briefing Schedule for Its Motion for a Preliminary Injunction (Exhibit B). Because the United States satisfies intervention as of right under Rule 24(a) and permissive intervention under Rule 24(b), the Court should grant this motion.

2. On August 7, 2025, counsel for the United States requested the parties' consent for its Motion to Intervene as Plaintiff Against Defendant Steven S. Cliff and Motion to Set a Briefing Schedule for Its Motion for a Preliminary Injunction Against Defendant Steven S. Cliff (collectively, "motions").

- Plaintiff American Free Enterprise Chamber of Commerce consents to the United States' motions;

- Defendant Engine Manufacturers Association does not oppose the United States' motions;

- Defendant Cummins, Inc., takes no position on the United States' motions;

- Defendant Daimler Truck North America, LLC, consents to the United States' motions;

1

- Defendant Ford Motor Company takes no positions on the United States' motions;

- Defendant General Motors, LLC, does not object to the United States' motions;

- Defendant Hino Motors Limited, Inc., does not object to the United States' motions;

- Defendant International Motors, LLC, does not oppose to the United States' motions[1];

- Defendant PACCAR, Inc., takes no position on the United States' motion to intervene and does not object to the United States' motion to set a briefing schedule;

- Defendant FCA US, LLC, does not object to the United States' motions;

- Defendant Isuzu Technical Center of America, Inc., does not object to the United States' motions;

- Defendant Volvo Group North America, Inc., does not object to the United States' motions; and

- Defendant Steven S. Cliff opposes the United States' motions.

WHEREFORE, the United States seeks leave to intervene in this action as a plaintiff against only Defendant Steven S. Cliff in his official capacity as the Executive Officer of the California Air Resources Board.

---

[1] Defendant International Motors, LLC, f/k/a Navistar, Inc. states that it is a wholly owned subsidiary of Navistar International Corporation. *See* Dkt. No. 69.

Respectfully submitted,

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General

ROBERT N. STANDER
Deputy Assistant Attorney General

ANDREW S. BOUTROS
United States Attorney

 /s/ John K. Adams
JOHN K. ADAMS
DAVID D. MITCHELL
United States Department of Justice
Environment & Natural Resources Div.
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 353-5905
John.Adams3@usdoj.gov
David.Mitchell@usdoj.gov

*Counsel for Plaintiffs-Intervenors*