IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| AMERICAN FREE ENTERPRISE CHAMBER OF COMMERCE, <br><br> Plaintiff, <br><br> v. <br><br> ENGINE MANUFACTURERS ASSOCIATION, D/B/A TRUCK & ENGINE MANUFACTURERS ASSOCIATION, <br><br> STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board, et al. <br><br> Defendants. | **Case Number:** 3:24-cv-50504 <br><br> **Judge**: Hon. Iain D. Johnston <br><br> **Magistrate Judge**: Michael F. Iasparro |

### DEFENDANT STEVEN S. CLIFF'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

PLEASE TAKE NOTICE that Defendant Steven S. Cliff, in his official capacity as Executive Officer of the California Air Resources Board, will and hereby does respectfully move to dismiss Plaintiff American Free Enterprise Chamber of Commerce's Complaint in its entirety for lack of personal jurisdiction and for lack of venue and, consequently, failure to have joined a necessary party. In the alternative, Defendant requests that the Court transfer the matter to the Eastern District of California under 28 U.S.C. § 1404. This Motion to Dismiss is brought pursuant to Rules 12(b)(2), 12(b)(3), and 19(b) of the Federal Rules of Civil Procedure.

Defendant's Motion is based on this Motion, the concurrently filed Memorandum of Points and Authorities, the Request for Judicial Notice and the Declaration of Kimberly Ayn Heroy-Rogalski accompanying the Memorandum of Points and Authorities, all documents in the Court's file, and other such written and oral argument as may be presented to the Court.

Dated:  August 14, 2025 

Respectfully submitted,

ROB BONTA
Attorney General of California
MYUNG J. PARK
Supervising Deputy Attorney General

*/s/ Jonathan A. Wiener*
JONATHAN A. WIENER (*pro hac vice*)
BENJAMIN P. LEMPERT (*pro hac vice*)
Deputy Attorneys General
 455 Golden Gate Ave, Suite 11000
 San Francisco, CA 94102
 Tel: (415) 510-3549
 jonathan.wiener@doj.ca.gov
*Attorneys for Defendant Steven S. Cliff, in his official capacity as Executive Officer of the California Air Resources Board*