# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| AMERICAN FREE ENTERPRISE CHAMBER OF COMMERCE, <br><br> Plaintiff, <br><br> v. <br><br> ENGINE MANUFACTURERS ASSOCIATION, D/B/A TRUCK & ENGINE MANUFACTURERS ASSOCIATION, <br><br> CUMMINS INC., <br><br> DAIMLER TRUCK NORTH AMERICA LLC, <br><br> FORD MOTOR CO., <br><br> FCA US LLC, <br><br> GENERAL MOTORS LLC, <br><br> HINO MOTORS LIMITED, INC., <br><br> ISUZU TECHNICAL CENTER OF AMERICA, INC., <br><br> NAVISTAR, INC., <br><br> PACCAR INC., <br><br> VOLVO GROUP NORTH AMERICA, INC. D/B/A VOLVO TRUCKS NORTH AMERICA, <br><br> and STEVEN S. CLIFF, in his official capacity as the executive officer of the California Air Resources Board, <br><br> Defendants. | **Case Number:** 3:24-cv-50504 <br><br> **Judge**: Hon. Iain D. Johnston <br><br> **Magistrate Judge**: Michael F. Iasparro |

1

# DECLARATION OF KIMBERLY AYN HEROY-ROGALSKI IN SUPPORT OF DEFENDANT STEVEN S. CLIFF'S MOTION TO DISMISS

I, Kimberly Ayn Heroy-Rogalski, declare as follows:

1. I am Chief of the Mobile Source Regulatory Development Branch at the California Air Resources Board (CARB). This Declaration is based on my personal knowledge, and, if called as a witness, I could and would testify to the statements herein.

2. I have worked in my current position at CARB since 2015. In this role, I lead teams responsible for the development of statewide mobile source programs and regulations to reduce greenhouse gas and criteria pollutant emissions from on-road and off-road heavy-duty engines and vehicles, including the team that developed the Heavy-Duty Engine and Vehicle Omnibus Regulation referenced in the Clean Truck Partnership (CTP).[1]

3. On March 8, 2023, I attended and participated in a day-long meeting at CARB's headquarters in Sacramento, California (the March 8 meeting).

4. The March 8 meeting focused on the agreement that would later be named the Clean Truck Partnership. Subsequent to that meeting, I participated in internal discussions about the status of negotiations over the CTP

5. Executive Officer Steven S. Cliff attended the March 8 meeting.

6. The March 8 meeting was the only occasion on which Executive Officer Steven S. Cliff or any CARB personnel with authority to negotiate, enter, or modify the agreement held an in-person meeting with any private-party signatories to the CTP to discuss negotiating, entering, or modifying the agreement, whether in California or elsewhere. Because of my rank, expertise, and role at CARB, I would be aware had other meetings of this nature taken place.

---

[1] ECF No. 104, Exh. A.

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:

_____
KIMBERLY A. HERØY-ROGALSKI   8-13-2025

OK2024305825
67852501.docx

3