IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| AMERICAN FREE ENTERPRISE CHAMBER OF COMMERCE,<br><br>                Plaintiff,<br><br>      v.<br><br>ENGINE MANUFACTURERS ASSOCIATION, D/B/A TRUCK & ENGINE MANUFACTURERS ASSOCIATION,<br><br>STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board, *et al*.<br><br>                Defendants. | **Case Number**: 3:24-cv-50504<br><br>**Judge**: Hon. Iain D. Johnston<br><br>**Magistrate Judge**: Michael F. Iasparro |

**DEFENDANT STEVEN S. CLIFF'S UNOPPOSED MOTION
TO EXTEND TIME TO FILE
OPPOSITION TO UNITED STATES' MOTION TO INTERVENE AS PLAINTIFF**

Defendant Steven S. Cliff, in his official capacity as Executive Officer of the California Resources Board, and pursuant to this General Order 16-0020 of this Court, respectfully requests that this Court extend the time to file—and accept as filed—his attached Opposition to the United States' Motion to Intervene as Plaintiff, as well as an accompanying Appendix and a supporting Request for Judicial Notice (collectively, "the Opposition"). This request is based on this Motion, the accompanying Declaration of Jonathan A. Wiener, the accompanying Declaration of Benjamin P. Lempert, and the attached Opposition.

Counsel for Defendant Cliff has contacted counsel for the other parties for their position on this motion. All parties have responded that they do not oppose.

Defendant Cliff's Opposition was due on August 28, 2025. ECF No. 124. Defendant Cliff's counsel was unable to file the Opposition on time due to a nationwide technical failure of the ECF system. Wiener Decl. ¶ 3, Lempert Decl. ¶¶ 2-4. Defendant Cliff's counsel finalized the Opposition after the close of business hours Central Time on August 28, and then logged into the ECF system to file it around 11:25 PM Central Time. Wiener Decl. ¶ 2. No changes have been made to the Opposition since it was finalized prior to attempted filing on August 28. *Id*. ¶ 6. Despite repeated attempts by two attorneys using multiple computers, Defendant Cliff's counsel repeatedly received error messages when attempting to select a filer for the Opposition as well as when attempting to upload documents. *Id*. ¶ 2, Lempert Decl. ¶ 4.

After failing to file, Defendant Cliff's counsel e-mailed the Opposition to counsel for movant-Intervenor the United States, as well as to counsel for all other parties. Wiener Decl. ¶ 4. Defendant Cliff's counsel also promptly notified the Court's operations staff, and received a response acknowledging a nationwide ECF system outage. *Id*. ¶ 5.

1

Under these circumstances, Defendant Cliff respectfully submits that it would be appropriate to extend the time to file the Opposition and accept it as filed. See General Order 16-0020, Sec. XXII(A). This request will not prejudice any party. Counsel for movant-intervenor the United States were e-mailed a copy of the Opposition at 12:00 AM Central Time, August 29 and acknowledged receipt three hours later. *Id*. ¶ 4. Counsel for all parties were e-mailed the documents by 1:03 AM Central Time. *Id*. Accordingly, extending the time to file and accepting the Opposition will not meaningfully shorten the time for any party to respond to the Opposition.

Dated:  August 29, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
MYUNG J. PARK
Supervising Deputy Attorney General

*/s/ Jonathan A. Wiener*
JONATHAN A. WIENER (*pro hac vice*)
BENJAMIN P. LEMPERT (*pro hac vice*)
Deputy Attorneys General
  455 Golden Gate Ave, Suite 11000
  San Francisco, CA 94102
  (415) 510-3549
  jonathan.wiener@doj.ca.gov
*Attorneys for Defendant Steven S. Cliff, in his official capacity as Executive Officer of the California Air Resources Board*

OK2024305825
44780357.docx

2