# Exhibit 1

## <u>DECLARATION OF JED R. MANDEL</u>

I, Jed R. Mandel, pursuant to 28 U.S.C. § 1746, state and declare:

1.　　I am over eighteen years of age. If called to testify in this matter, I can and will competently testify to the following facts, of which I have personal knowledge, personal experience, and personal participation in communications with business associates.

2.　　I am President of the Engine Manufacturers Association d/b/a Truck and Engine Manufacturers Association ("EMA") and have held this position since 2000. EMA is a not-for-profit corporation incorporated under the laws of Illinois in 1933, with its principal place of business located in Chicago, Illinois.

3.　　EMA is a trade association whose members include the manufacturers of medium and heavy-duty vehicles in the United States. The Association advocates on behalf of its members to federal and state regulatory agencies, including the California Air Resources Board ("CARB"), for the development and implementation of cost-effective and technologically feasible emissions, fuel efficiency and safety regulations.

4.　　EMA conducts its advocacy efforts from its offices in Chicago, Illinois.

5.　　I perform my duties as President of EMA from EMA's offices in Chicago, Illinois.

6.　　I am also a partner at and founding member of Chicago Law Partners, LLC, a law firm with its principal place of business in Chicago, Illinois, which collaborates with EMA on advocacy efforts directed towards federal and state regulatory agencies.

7.　　In connection with advocacy efforts related to California's Advanced Clean Trucks ("ACT"), Low NOx Regulation ("Omnibus"), and Advanced Clean Fleet ("ACF") regulations, EMA was a principal negotiator of the Clean Truck Partnership ("CTP") entered into by EMA, certain EMA members, CARB, and others on July 5, 2023.

8.　　I was in charge of negotiating the CTP on behalf of EMA members, including

Cummins Inc., Daimler Truck North America LLC, General Motors Co., Hino Motors, Ltd., International Motors, LLC f/k/a/ Navistar, Inc., PACCAR, Inc., Stellantis N.V., Isuzu Technical Center of America, and Volvo Group Noth America, LLC. EMA negotiated CTP primarily from its Chicago offices, including via phone calls, video conferences, and email communications with CARB staff.

9. While in Illinois, I engaged in phone and video conferencing calls with CARB staff inviting discussion of unresolved issues and, ultimately, the substantive negotiation of what became the CTP on multiple instances, including, but not limited to, on the following dates:

    a. November 7, 2022 – Call with CARB staff, including Sydney Vergis[1].

    b. March 21, 2023 – Call with Anette Hebert[2].

    c. May 22, 2023 – Teams call with Anette Hebert, Sydney Vergis.

    d. June 23, 2023 – Call with Lys Mendez[3].

10. While located in Illinois, I received and responded to emails from CARB staff inviting discussion of unresolved issues and, ultimately, the substantive negotiation of what became the CTP, using both my EMA email address as well as my Chicago Law Partners email address, including, but not limited to, on the following dates:

    a. October 14, 2022 – Letter from Steve Cliff. A true and correct copy of that correspondence is attached hereto as Exhibit A.

    b. November 10, 2022 – Email from Sydney Vergis and Steve Cliff.

    c. January 23, 2023 – Email from Sydney Vergis.

    d. January 24, 2023 – Email from Craig Segall.

    e. January 30, 2023 – Emails to and from Craig Segall.

---

[1] Chief – CARB Mobile Source Control Division.
[2] Deputy Executive Officer – CARB Southern California Headquarters and Mobile Source Compliance.
[3] Director – CARB Office of Communications.

f.   February 3, 2023 – Emails to and from Craig Segall.

g.   February 28, 2023 – Emails to and From Steve Cliff.

h.   March 3, 2023 – Emails to and From Steve Cliff.

i.   March 10, 2023 – Email from Craig Segall.

j.   March 20, 2023 – Communications to and from Anette Hebert.

k.   March 21, 2023 – Emails to and from Anette Hebert.

l.   April 5, 2023 – Emails to and from Anette Hebert.

m.   April 7, 2023 – Emails to and from Anette Hebert.

n.   April 14, 2023 – Emails to and from Anette Hebert.

o.   April 18, 2023 – Emails to and from Anette Hebert.

p.   May 3, 2023 – Emails to and from Anette Hebert.

q.   May 15, 2023 – Emails to and from Anette Hebert.

r.   May 22, 2023 – Emails to and from Anette Hebert.

s.   May 25, 2023 – Emails to and from CARB staff, including Anette Hebert, Kim Heroy-Rogalski,[4] Sydney Vergis, Alex Wang,[5] Paul Adnani,[6] and Daniel Hawelti[7].

t.   May 26, 2023 – Emails to and from CARB staff, including Anette Hebert, Kim Heroy-Rogalski, Sydney Vergis, Alex Wang, Paul Adnani, and Daniel Hawelti.

u.   May 27, 2023 – Emails to and from Anette Hebert.

v.   June 6, 2023 – Emails to and from Anette Hebert.

w.   June 23, 2023 – Emails to and from Lys Mendez and Anette Hebert.

---

[4] Branch Chief – CARB Mobile Source Regulatory Development Branch.
[5] Senior Attorney – CARB Office of Legal Affairs.
[6] Manager – CARB On-Road Heavy Duty Diesel Section, Mobile Source Control Division.
[7] Staff Air Pollution Specialist – CARB On-Road Heavy-Duty Diesel Section, Mobile Source Control Division.

x. June 26, 2023 – Emails to and from Anette Hebert and Ellen Peter[8].

11.     I signed the CTP on behalf of EMA on June 28, 2023 while in Illinois.

12.     CTP required EMA "to be neutral (using the three-tier support, neutral, oppose system)" in response to any prospective Section 177 states' proposals to consider adopting the Omnibus or ACT regulations, and to "support or not oppose the adoption of CARB's Omnibus regulations in any prospective Section 177 states provided the adoption is for 2027 and later model years." CARB has enforced those speech-limiting provisions. For example, on September 1, 2023, CARB's Deputy Executive Officer called and wrote to me while I was in Illinois to ask EMA to refrain from issuing oppositional statements to Section 177 states that would consider adopting CARB's regulations.

13.     The speech-neutrality mandates of CTP impacted many public EMA comments. For example, on October 24, 2024, EMA submitted written comments to the Illinois Pollution Control Board (IPCB) regarding its consideration of petitions seeking the adoption of CARB's ACT and Omnibus regulations in Illinois. Consistent with the CTP, EMA stated in its comments that "as it relates to this matter, EMA and its members have agreed (in Appendix D to the [CTP] Agreement) not to oppose states' adoption of the Omnibus regulations . . . and have similarly agreed to be neutral with respect to any state's proposal to adopt CARB's ACT regulations." EMA also stated that it was "submitting these comments consistent with the relevant terms of the Clean Trucks Partnership Agreement." On November 21, 2024, EMA submitted additional comments to the IPCB which stated that, "EMA is not taking a position on the merits of the Petitioners' requests."

14.     In each of the following instances, EMA was required by the CTP's terms to take a neutral position in response to any prospective Section 177 states' proposals to consider adopting

---

[8] Chief Counsel – CARB Office of Legal Affairs.

the Omnibus and ACT regulations:

   a. On August 30, 2023, EMA staff had a virtual meeting with representatives of the New Mexico Environmental Department (NMED) to discuss their plans to adopt CARB's ACT and Omnibus regulations. During that virtual meeting, which EMA participated in from its Chicago offices, EMA staff highlighted multiple concerns regarding NMED's ability to effectively implement that California regulations in New Mexico. Thereafter, CARB's Deputy Executive Officer contacted me via my Illinois phone number and emailed me at my Chicago Law Partners email address to express that EMA was talking very negatively about ACT, including by expressing concerns regarding the availability of infrastructure and utilities necessary for ACT compliance and to request that EMA refrain from making any further comments to the opt-in states that could be construed as opposing their opt-ins to CARB's regulations, noting that EMA needed to "do better on messaging and partnership." On September 28, 2023, EMA submitted written comments from its Chicago offices to the New Mexico Environmental Improvement Board, in which EMA stated it "does not oppose the NMED's proposal to opt-in to the Omnibus and ACT regulations."

   b. On September 28, 2023, EMA submitted written comments from its Chicago offices to the Maryland Department of the Environment (MDE) regarding its proposal to adopt CARB's ACT regulations. In those written comments, EMA cited its "commitments [under the CTP] to cooperate in the implementation of CARB's ACT regulations in the increasing number of opt-in states," and further stated that "EMA does not oppose the MDE's proposal to opt-in to the ACT

regulations."

   c.    On May 22, 2024, EMA wrote to representatives of the state environmental regulatory agencies in Oregon, Washington State, Massachusetts, New Jersey and New York to discuss the "unintended market disruptions" arising from the States' attempted implementations on CARB's Omnibus and ACT regulations. In that correspondence, transmitted from EMA's Chicago offices, EMA stated that consistent with its obligations under the CTP, "EMA and its members agreed not to oppose state opt-ins."

   d.    On June 21, 2024, EMA submitted written comments from its Chicago offices to the Oregon Department of Environmental Quality (DEQ) regarding its proposed amendments to Oregon's version of the Omnibus regulations. In those comments, EMA stated, "notwithstanding [the noted] issues and concerns, we have no objection to the DEQ opting in to CARB's Omnibus program." On May 1, 2025, EMA submitted additional comments from its offices in Chicago to the Oregon DEQ regarding its proposal to adopt amendments to its version of the ACT and Omnibus regulations. In those comments, EMA expressly noted that it was "submitting these comments consistent with the relevant provisions of the CTP."

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed: September 9, 2025

Chicago, IL

By: /s/ _Jed R. Mandel_

Jed R. Mandel

# Exhibit A



October 14, 2022

Jed R. Mandel, President
Truck & Engine Manufacturers Association
333 West Wacker Drive, Suite 810
Chicago, Illinois 60606
jmandel@emamail.org

Dear Jed Mandel:

The Engine Manufacturers Association (EMA) and its members play a critical role as we all work to achieve deep pollution cuts from combustion vehicles and transition to zero-emission vehicles. As we complete and implement California Air Resources Board (CARB) rules, and anticipate federal truck pollution standards and EPA's decision on waivers for existing CARB rules, I want to accelerate discussion on a path forward to highlight our joint efforts. My team will also be reaching out to communities affected by heavy-duty vehicle pollution and other stakeholders.

Cleaning up heavy-duty transportation is both a critical public health need and a legal obligation for CARB. Heavy-duty trucks are significant contributors to California's and the nation's air pollution and related community health issues. In California, trucks account for about six percent of all vehicles operating on our roadway, and yet emit approximately a third of total statewide oxides of nitrogen emissions (NOx) and about a quarter of toxic diesel particulate matter emissions. We cannot attain State and federal pollution standards, or our climate goals, without continued progress in this sector.

I appreciate your partnership in working towards improving emissions from the combustion fleet and accelerating bringing zero-emissions trucks to market through implementation of existing programs like the Heavy Duty Low NOx Omnibus (Heavy-Duty Omnibus) Regulation and the Advanced Clean Trucks (ACT) Regulation.

EMA's recent action to drop its lawsuit claiming that CARB failed to provide manufacturers with adequate lead time for the Omnibus Regulation was a critical step forward. Although we disagree on the relevant legal claims, the core importance of these programs, including their early years, is clear: Over the lifetime of regulations from 2024 through 2050, the Heavy-Duty Omnibus and ACT regulations are estimated to reduce total NOx emissions by approximately 400,000 tons, which translates to approximately 5,500 avoided premature deaths and 4,500 avoided hospitalizations. The early years of implementation are crucial: by 2031, even a two-year delay in the implementation of the regulations would result in loss of approximately a third of expected NOx emission benefits , thereby hampering California's ability to attain the 2008 National Ambient Air Quality Standards for ozone by federal deadlines. Had EMA persisted in its efforts to disrupt those standards, CARB would have faced the need to revisit and tighten existing combustion standards and to ratchet up zero-emission manufacturer sales requirements, to make up for lost tons and remain 'on track' for meeting air quality and climate mandates.

But with that matter apparently behind us, and the early years of the Heavy-Duty Omnibus program not disrupted, CARB is in a position instead to focus on the future. In particular, it is important to continue discussions on the right mix of rules as the federal landscape shifts. We know that exploring areas of alignment between state and federal combustion rules is a priority for EMA. As zero-emission truck sales grow and the combustion share of the fleet declines, with accompanying progress towards our emissions targets, there is room to continue that conversation if the Heavy-Duty Omnibus program stays on track.

We are encouraged by opportunities to explore these issues with you , as well as to discuss near-term issues such as ensuring manufacturers can certify with California Certified Clean Idle labels required by 13 CCR 1956.8(a)(6)(C) in ways that provide flexibility while still protecting public health. We are also encouraged by the EMA members actively committing resources now to generating early compliance credits and making products meeting the early requirements of Heavy-Duty Omnibus and ACT. These EMA member actions will deliver much needed air quality relief to communities, more affordable choices to fleets, and provide opportunities for manufacturers who are early to the ZET market to benefit. I am also encouraged knowing that as additional states continue to adopt ACT and Heavy-Duty Omnibus, those benefits for communities, for fleets, and for innovative manufacturers, will continue to grow.

Sincerely,

Steven S. Cliff, Ph.D., Executive Officer

cc:    See next page.

cc: Eric Hansotia
Chairman and CEO
AGCO Corporation
4205 Rivergreen Pkwy
Duluth, GA 30096

Noriya Kaihara
President, CEO, and Director
American Honda Motor Co., Inc.
1919 Torrance Blvd
Torrance, CA 90501

Matt Stevenson
President and CEO
Blue Bird Corporation
3920 Arkwright Road, Fl 2
Macon, GA 31210

Steve Andrews
President and CEO
Briggs & Stratton Corporation
12301 W. Wirth Street
Wauwatosa, WI 53222

Jim Umpleby
Chairman and CEO
Caterpillar Inc.
510 Lake Cook Road, Suite 100
Deerfield, IL 60015

Scott W. Wine, CEO
CNH Industrial N.V.
25 St. James's Street
London, United Kingdom SW1A 1HA

Jennifer Rumsey
President and CEO
Cummins, Inc.
500 Jackson Street
Box 3005
Columbus, IN 47201

John O'Leary
President and CEO
Daimler Trucks North America LLC
4555 N. Channel Ave.
Portland, OR 97217

cc:    John C. May
Chairman and CEO
Deere & Company
One John Deere Place
Moline, IL 61265

David Evans
President and CEO
DEUTZ Corporation
3883 Steve Reynolds Blvd
Norcross, GA 30093

James D. Farley, Jr.
President and CEO
Ford Motor Company
1 American Road
Dearborn, MI 48126-2701

Annalisa Stupenengo, President
FPT Industrial
801 East Campbell Road, Suite 525
Richardson, TX 75081

Mary T. Barra
Chair and CEO
General Motors Company
P.O. Box 33170
300 Renaissance Center
Detroit, MI 48232-5170

Shigehiro Matsuoka
President and CEO
Hino Motors Manufacturing USA, Inc.
45501 Twelve Mile Rd.
Novi, MI 48377

Olaf Berlien
President and CEO
INNIO
Achenseestrasse 1-3
6200 Jenbach
Austria

Bruce Vernham
Technical Director
Isuzu Technical Center of America, Inc.
46401 Commerce Center Drive
Plymouth, MI 48170

cc:    Eigo Konya
President and CEO
Kawasaki Motors Corp., USA
26972 Burbank
Foothill Ranch, CA, 92610-2506

Hiroyuki Ogawa
President and CEO
Komatsu Ltd.
2-3-6, Akasaka, Minato-ku
Tokyo, 107-8414, Japan

Shingo Hanada
President and CEO
Kubota Engine America Corporation
505 Schelter Road
Lincolnshire, IL 60069

Willi Liebherr, President
Liebherr Machines Bulle SA
Rue Hans-Liebherr 7
Postfach 272
1630 Bulle/FR, Switzerland

Alexander Vlaskamp, CEO
MAN Truck & Bus SE
Dachauer Str. 667
80995 Munich
Germany

Mathias Carlbaum
President and CEO
Navistar, Inc.
2701 Navistar Drive
Lisle, IL 60532

Preston Feight, CEO
Paccar, Inc.
777 106th Avenue N.E.
Bellevue, WA 98004

Tom Bell
Chairman and CEO
Rolls-Royce Solutions America Inc.
1900 Reston Metro Plaza, Suite 400
Reston, VA 20190

cc:    Christian Levin
President and CEO
Scania CV AB
SE-151 87 Södertälje
Sweden

Carlos Tavares, CEO
Stellantis NV
Taurusavenue 1
2132 LS Hoofddorp
Netherlands

Pablo Di Si
President and CEO
Volkswagen of America, Inc.
2200 Woodland Pointe Avenue
Herndon, VA 20171

Martin Lundstedt
President and CEO
Volvo Group North America
2900 K Street NW
Washington, DC 20007

Ricardo Opperman
President and Managing Director
Wärtsilä North America, Inc.
11710 N. Gessner Road, Suite A
Houston, TX 77064

Takehito Yamaoka
CEO and Representative Director
Yanmar America Corporation
101 International Pkwy
Adairsville, GA 30103