# Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| AMERICAN FREE ENTERPRISE CHAMBER OF COMMERCE, <br><br> *Plaintiff*, <br><br> v. <br><br> TRUCK AND ENGINE MANUFACTURERS ASSOCIATION, <br><br> CUMMINS INC., <br><br> DAIMLER TRUCK NORTH AMERICA, <br><br> FORD MOTOR CO., <br><br> GENERAL MOTORS CO., <br><br> HINO MOTORS LIMITED, INC., <br><br> ISUZU TECHNICAL CENTER OF AMERICA, INC., <br><br> NAVISTAR, INC., <br><br> PACCAR INC., <br><br> STELLANTIS N.V., <br><br> VOLVO GROUP NORTH AMERICA, and <br><br> STEVEN S. CLIFF, in his official capacity as the executive officer of the California Air Resources Board, <br><br> *Defendants*. | CA No. _____. |

**DECLARATION OF MICHAEL RIGGAN**

I, Michael Riggan, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1. I am the President of TanTara Transportation Corp. ("TanTara") and I am familiar with all aspects of the company's work and operations. TanTara is a family-owned Iowa corporation headquartered in Muscatine, Iowa that provides freight shipping and transportation services across the United States. Muscatine is located on the Mississippi River, directly west of Rock Island County, Illinois. TanTara is a dues-paying member of the American Free Enterprise Chamber of Commerce.

2. TanTara operates more than 125 Class 8 vehicles in various configurations, including dry vans, flat beds (open decks), liquid bulk tankers, roll-top Conestoga trailers, and specialized extendable trailers for over dimensional loads. We also offer logistics services to manage customer shipments through associate carriers, as well as dedicated fleet management services. TanTara also provides truck and trailer maintenance, repair, and inspection services.

3. TanTara values safety and security for its drivers and customers. As a result, we regularly purchase new vehicles to ensure our fleet is equipped with the latest safety, security, and performance features. We base our purchase decisions, in part, on input from our customers, drivers, and maintenance team. We consider factors including fuel-efficiency, safety, power, comfort, utility, operational costs, residual value, and overall affordability when deciding whether to purchase a new vehicle.

4. TanTara does not own any battery-electric or fuel-cell-electric trucks (collectively, "electric trucks"), nor do we currently plan to purchase electric trucks in response to market factors. Our customers have not requested electric truck transport, nor have we found electric trucks to be a commercially feasible option for our shipping

2

business. Electric trucks are much more expensive to purchase than diesel- and gasoline-powered internal-combustion trucks, have uncertain operation and maintenance costs, have uncertain residual values, and pose unique and uncertain safety hazards (for example, due to battery fires). We have also concluded that electric trucks are unlikely to meet our operational needs. Battery-electric trucks have limited range compared to internal-combustion trucks, and there are few electric-charging stations along most of our routes. There also are no hydrogen-fueling stations along most of our routes. We do not have electric-charging or hydrogen-fueling infrastructure at our sites, and we have concluded that installing such infrastructure would not be cost-effective.

5. TanTara thus plans to continue purchasing internal-combustion trucks for the foreseeable future. For example, within the last several years we average 20 new trucks per year. We expect to continue to make regular purchases of similar diesel-powered trucks in future years to ensure that our fleet remains safe, reliable, and up-to-date with the latest technology. Furthermore, when making purchase decisions, we look nationwide for the best price.

6. It is my understanding that virtually all of the manufacturers that sell trucks in the United States have signed the so-called "Clean Truck Partnership" agreement. *See* Clean Truck Partnership Agreement at 6, https://perma.cc/B5JN-X4YK (Dec. 6, 2024). It is also my understanding that under the Clean Truck Partnership, these manufacturers have agreed to increase the share of electric trucks they sell in future years, to reduce the share of internal-combustion trucks they sell in future years in California and "Section 177" states that have adopted California's regulations, and to stop selling internal-combustion trucks altogether in at least California starting in

3

model year 2036. *See* Clean Truck Partnership Agreement App. B at ii (committing to meet California's Advanced Clean Trucks regulation "and the 100 percent ZEV sales requirement"). Because the market for new trucks is nationwide and California makes up a substantial portion of new medium- and heavy-duty truck sales in the U.S., the effects of manufacturers' sales decisions in California (and Section 177 states) will be felt nationwide. *See* CalStart, *Zeroing in on Zero-Emission Trucks June 2022 Market Update* at 1, 6, https://perma.cc/Z4W3-7M84 (Dec. 6, 2024) (In 2021, "California l[ed] the nation in U.S. [medium- and heavy-duty] truck sales," representing "approximately 10% of total U.S. sales").

7. It is a basic economic principle that reduced supply leads to increased prices for consumers. The industry-wide Clean Truck Partnership agreement to reduce supply of internal-combustion trucks will thus predictably increase the price of internal-combustion trucks for companies, like TanTara, who want to purchase them. Indeed, the anti-competitive effects of the Agreement are being felt now. Some manufacturers are beginning to require that purchasers of their vehicles buy one electric truck for every seven or eight internal-combustion engine trucks they buy or else pay a higher price per vehicle.

8. Increasing the price of new internal-combustion trucks will increase TanTara's costs. These cost increases cannot realistically be passed entirely onto our customers, and so will harm our profit.

9. The Clean Truck Partnership also deprives TanTara of a market for internal-combustion truck suppliers. California is home to 261 of the nation's 3,816 franchised new truck dealerships (approximately 6.8%). *See* Patrick Manzi, *2023 Annual Financial Profile of America's Franchised New-Truck Dealerships* 4, American

Truck Dealers, https://perma.cc/X6QZ-HQRY (Dec. 6, 2024). Another 654 new truck dealerships (approximately 17.1%) are in the ten Section 177 states that have adopted California's Advanced Clean Trucks regulations. *Id.*; *see also* California Air Resources Board, *States that have Adopted California's Vehicle Regulations*, https://perma.cc/7GSE-JFXB (Dec. 6, 2024). Under the Clean Truck Partnership, those U.S. dealerships will have to reduce the share of new internal-combustion vehicles they sell and will have to cease selling these new vehicles in some states beginning in model year 2036, eliminating a source of supply for TanTara. Basic economic principles suggest that reducing the number of available suppliers is likely to result in increased prices for the internal-combustion trucks TanTara purchases.

10. Without the Clean Truck Partnership and the preempted arrangements it embodies into a binding contract, internal-combustion truck supply and pricing would be driven by competitive market forces, ameliorating the harm to TanTara due to the Clean Truck Partnership's distortion of the market.

Dated: December 16, 2024

_____
Michael Riggan

5