# Exhibit D

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| AMERICAN FREE ENTERPRISE CHAMBER OF COMMERCE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TRUCK AND ENGINE MANUFACTURERS ASSOCIATION,<br><br>CUMMINS INC.,<br><br>DAIMLER TRUCK NORTH AMERICA,<br><br>FORD MOTOR CO.,<br><br>GENERAL MOTORS CO.,<br><br>HINO MOTORS LIMITED, INC.,<br><br>ISUZU TECHNICAL CENTER OF AMERICA, INC.,<br><br>NAVISTAR, INC.,<br><br>PACCAR INC.,<br><br>STELLANTIS N.V.,<br><br>VOLVO GROUP NORTH AMERICA, and<br><br>STEVEN S. CLIFF, in his official capacity as the executive officer of the California Air Resources Board,<br><br>　　　　　Defendants. | CA No. 3:24-cv-50504 |

**DECLARATION OF TIM DEMARTINI**

I, Tim DeMartini, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1. I am the owner of DeMartini RV Sales ("DeMartini RV") and I am familiar with all aspects of the company's work and operations. DeMartini RV is a family owned and run sole proprietorship, with its main office in Grass Valley, California, that sells new and used recreational vehicles ("RVs"), primarily motorhomes, to customers from California and other states. DeMartini RV is a dues-paying member of the American Free Enterprise Chamber of Commerce.

2. The RV industry directly generates more than $71 billion in annual economic activity and supports more than 330,000 jobs nationwide. RV Industry Ass'n, *RVs Move America Economic Impact Study National Impact Data Table* (2022), available at https://www.rvia.org/rvs-move-america-economic-impact-study. In 2023, more than 313,000 RVs were sold wholesale in North America. Motorhomes comprised nearly 46,000 of those sales, or approximately 14.65%. RV Industry Ass'n, *December 2023 RV Wholesale Shipment Summary*, https://perma.cc/QAM8-Y3T2. In the United States, California accounts for 7.42% of wholesale RV shipments, second-most in the nation. RV Industry Ass'n, *2023 RV Industry Profile*, https://perma.cc/2RVY-SKW7. The RV industry directly contributes more than $4.7 billion to the California economy, supports over 23,000 jobs in the state, and generates more than $500 million in state tax revenue. RV Industry Ass'n, *RVs Move America Economic Impact Study California Impact Data Table* (2022), available at https://www.rvia.org/rvs-move-america-economic-impact-study.

3. DeMartini RV has been selling RVs in California since 1986. In 2023, We sold more than 500 RVs, generating more than $75 million in sales revenue. Sales to

California customers accounted for approximately two-thirds of the total, approximately $40 million to $50 million. These sales—and, indeed, the continued commercial viability of our 40-year-old business—are threatened by recent restrictions on heavy-duty engines imposed by the California Air Resources Board ("CARB") and by engine suppliers' efforts to comply with those restrictions, including through the Agreement known as the "Clean Truck Partnership."

4. To understand why, it helps to understand how the motorhome supply chain works. The supply chain includes many players. Motorhomes are built—from design through assembly—by RV manufacturers. RV manufacturers rely on various suppliers for motorhome components and parts, including for the RV chassis. The chassis serves as the foundation for the motorhome and includes the powertrain. To date, all commercially available motorhome powertrains incorporate internal-combustion engines. Most motorhomes—from large "Class Super C" models to smaller "Class C" models—incorporate diesel engines because they provide greater torque and towing capacity, have higher fuel efficiency, typically require less service, and tend to last longer and have higher resale value than models with gasoline engines. In the United States, only a few suppliers make RV chassis. These suppliers include Freightliner, a subsidiary of Daimler Trucks North America, LLC; Spartan (Shyft Group); Ram (Stellantis); and Ford. Some chassis suppliers incorporate engines made by these suppliers, or by engine manufacturer Cummins.

5. Although the chassis is essential to the motorhome, it is a small part of the overall product. Unlike automobiles, motorhomes are typically highly customized, with a variety of different lengths, floor plans, colors, accessories, and options available for any given vehicle. Each motorhome is built to the specification of the wholesale

purchaser, usually an RV dealer. The RV dealer, in turn, orders motorhomes by anticipating customer needs or in some cases, by taking customers' special orders.

6. A motorhome is a significant investment for a customer, since motorhome retail prices can range from $150,000 to over $1 million. Given the cost, it is generally imperative for customers to see motorhomes firsthand—in RV dealer showrooms—before making a final purchase decision. As a result, DeMartini RV (and other RV dealers) generally have numerous examples of different combinations of each model and brand on-site to show customers in person.

7. Choosing the right combination of features for vehicles in our inventory is crucial to our success. Our inventory decisions are based on pricing, floor plans, and options available from the RV manufacturer. Typically, RV manufacturers unveil options for the upcoming model year during their new product showcases in the Spring, i.e., RV manufacturers will unveil products for the 2026 model year in Spring 2025. After the order is placed, the build and assembly process takes approximately three to four months, at which time the completed motorhomes are shipped to the dealer.

8. In 2021, CARB adopted the Advanced Clean Trucks ("ACT") and Heavy-Duty Engine and Vehicle Omnibus ("Omnibus") regulations. *See* CARB, *Advanced Clean Trucks*, https://perma.cc/XE3K-TQCQ (Dec. 20, 2024); CARB, *Heavy-Duty Engine and Vehicle Omnibus Regulation and Associated Amendments*, https://perma.cc/ZY33-YX4B (Dec. 20, 2024). CARB has since amended both regulations. *See* CARB, *Amendments to the Advanced Clean Trucks Regulation and the Zero-Emissions Powertrain Certification Test Procedure*, https://perma.cc/24SH-XNLE (Dec. 23, 2024); CARB, *Proposed Amendments to the Heavy-Duty Engine and Vehicle Omnibus Regulation*, https://perma.cc/4FKQ-GWKS (Dec. 23, 2024).

9. According to CARB, ACT aims "to accelerate the market for on-road zero-emissions vehicles," i.e. electric vehicles, in the heavy-duty sector, that is, vehicles with a Gross Vehicle Weight Rating ("GVWR") greater than 8,500 lbs. Cal. Code Regs. tit. 13, § 1963(a), (b). Beginning with the 2024 model year, manufacturers must produce and sell an increasing number of electric heavy-duty vehicles (as a proportion of their sales) in California. *Id.* § 1963.1–1963.3. Manufacturers incur deficits based on their total heavy-duty vehicle sales, *id.* § 1963.1, and earn offsetting credits for each electric heavy-duty vehicle sold, *id.* § 1963.2. In lieu of generating credits by selling electric vehicles, a manufacturer can also meet its obligation (i.e., offset its deficit) by purchasing credits from a competitor, *id.* § 1963.3. The share of electric heavy-duty vehicles that manufacturers must sell increases annually. *Id.* § 1963.1(b). Beginning with the 2036 model year, manufacturers can no longer sell any heavy-duty internal-combustion engine vehicles. *Id.* § 2016, *see* CARB, *Resolution 24-5* (Nov. 6, 2024), https://perma.cc/QA6F-8GPL (amending ACT to adopt Cal. Code Regs. tit. 13, § 1963.6); CARB, *Appendix A-1 Proposed Regulation Order*, https://perma.cc/5RDM-NPG3 (Dec. 23, 2024) (adopted § 1963.6 text incorporating § 2016).

10. Among other things, the Omnibus regulations set stringent new nitrogen-oxide emissions standards for heavy-duty engines. The regulation set nitrogen-oxide emissions standards "90 percent below current levels on existing certification cycles" and introduced new, "lower [nitrogen-oxide] standards on new certification cycles" for diesel engines. CARB, *Heavy-Duty Low NOx*, https://perma.cc/7SGB-5BUM (Dec. 23, 2024). The Omnibus regulations also increase the stringency of particulate-matter emissions standards, and impose a host of complex new testing and warranty requirements. *See, e.g.*, Cal. Code Regs. tit. 13, §§ 1956.8, 2036..

11. Many motorhomes are heavy-duty vehicles. "Class Super C" RVs are built on a truck chassis and typically have GVWRs ranging from 19,500 lbs to 58,000 lbs. "Class A" RVs typically have GVWRs exceeding 13,000 lbs., and can exceed 30,000 lbs. "Class C" RVs typically range from 10,000 to 12,000 lbs. "Class B" RVs are the smallest, generally between 6,000 to 8,000 lbs. As a result, most Class A, Class C, and Class Super C RVs are heavy-duty vehicles subject to the ACT and Omnibus regulations. Under CARB's regulations, RV chassis suppliers are the parties responsible for complying with the ACT and Omnibus requirements.

12. It is my understanding that, in July 2023, major truck and engine manufacturers—including major suppliers of RV chassis—signed the so-called "Clean Truck Partnership" Agreement. *See* Clean Truck Partnership Agreement at 6, https://perma.cc/B5JN-X4YK (Dec. 6, 2024). Under this Agreement, suppliers have committed to comply with the ACT and Omnibus regulations, even if those regulations are determined to be illegal. This means that suppliers have agreed to increase the share of electric powertrains sold in California, to reduce the share of internal-combustion engines—including those in RV chassis—sold in California, and to stop selling internal-combustion engines—including those in RV chassis—altogether in California starting in 2036. *See* Clean Truck Partnership Agreement App. B at ii (committing to meet California's Advanced Clean Trucks regulation "and the 100 percent ZEV sales requirement").

13. There are presently no electric powertrain options for RV chassis. The industry-wide Agreement to reduce sales of heavy-duty engines in California thus will constrain the supply of RV chassis—and so motorhomes—limiting DeMartini RV's inventory and decreasing DeMartini RV's retail sales. Basic economic principles also

dictate that reducing the supply of engines for RV chassis will predictably increase prices for motorhome wholesalers. Both decreased retail sales and increased wholesale prices will harm DeMartini RV's bottom line.

14. Indeed, the anti-competitive effects of the Agreement are happening now, and rippling through the RV supply chain. In December 2024, DeMartini RV was notified by a major RV manufacturer that—based on limited ACT credits and Omnibus engine allocations—its RV chassis supplier will only provide *five* of a popular Class A RV chassis for the entire state of California in the first two quarters of 2025, with no commitment for any deliveries in the third and fourth quarters. DeMartini RV, alone, typically sells around *thirty* motorhomes from this particular RV manufacturer, based on this Class A chassis, to California residents each year. Five chassis is not even enough to demonstrate floorplans, models, and colors to promote the product to customers. The chassis supplier also indicated it will apply a surcharge of $9,000 per RV chassis to the RV manufacturer sold for the California market, and require immediate, non-cancellable orders. This means that the fee to DeMartini RV, the retailer, will be a *minimum* of $9,000. In the past, the RV manufacturer has charged retailers more than the chassis supplier surcharge. Unwilling to assume the risk that California retailers may not order motorhomes built on this chassis, the RV manufacturer has told DeMartini RV it will not procure the chassis unless we guarantee to purchase the finished motorhome products that will be built on them months from now—before we have seen the RV manufacturer's new product showcase (including costs and available configurations) or assessed customer demand. The constrained supply of this RV chassis places DeMartini RV in a bind: assume one-hundred-percent of the risk by guaranteeing purchase of motorhomes now—without knowing ultimate costs, available

configurations, or customer sentiment—or risk having no models available during all of 2025.

15. The RV manufacturer has also informed DeMartini RV that its supplier currently does not plan to provide *any* of a second popular RV chassis—used for "Super C" Class motorhomes—for sale in California in 2025. In recent years, DeMartini RV has been one of the top sellers of a model line that relies heavily on this Super C RV chassis. The unavailability of this RV chassis for California sales means that DeMartini RV can no longer offer these popular Super C Class motorhomes to its mostly California buyers and will miss out on significant sales revenue. This is an example of only one of the RV manufacturers that DeMartini RV sells in the retail marketplace. The others are informing us of very similar supply constraints and issues, as well.

16. The shortages and price hikes will only increase as the ACT and Omnibus requirements—and suppliers' commitment to comply with them—ramp up in future years. If they continue apace, selling new motorhomes may no longer be profitable in California. Indeed, there is a significant risk that RV chassis suppliers would abandon the California market entirely, since it represents only a small part of their overall business. DeMartini RV's only option to remain commercially-viable—although not nearly as profitable—likely would be to sell only used, older motorhomes, many of which would be purchased from out-of-state. The Agreement and CARB's regulations thus would have the unfortunate effect of *increasing* carbon dioxide emissions by encouraging the sale of older, less efficient motorhomes instead of new, clean-burning motorhomes.

17. Without the Clean Truck Partnership Agreement and the preempted arrangements it embodies into a binding contract, RV chassis supply and pricing would

be driven by competitive market forces, ameliorating the harm to DeMartini RV due to the market distortion caused by the Agreement and CARB's regulations.

Dated: January 4, 2025

*Tim DeMartini*

Tim DeMartini