

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
327 South Church Street
Rockford, Illinois 61101

**Thomas G. Bruton**
**Clerk**

815-987-4354

Date: 11/10/2025

Eastern District of California

Re: American Free Enterprise Chamber of Commerce v. Engine Manufacturers Association et al

USDC Case Number: 24cv50504

Dear Clerk:

Pursuant to the order entered by Honorable **Iain D. Johnston**, on 11/7/2025, the above record was

☒     electronically transmitted to the Eastern District of California

☐     paper documents were sent via certified mail to

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

Sincerely,
Thomas G. Bruton, Clerk

By:    /s/ Jaclyn Pieczkiewicz
        Deputy Clerk

New Case No. _____     Date _____

cc:     Non-ECF Attorneys and Pro se Parties

Rev. 09/23/2016